## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ALBION SAVAGE BROWNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 2:16-cv-619-NT |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendant | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On January 18, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision.  The Defendant filed an objection to the Recommended Decision and what appears to be an amended complaint on February 3, 2017.  I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  It is further **ORDERED** that the Plaintiff's claims against the Maine Department of Corrections and the Maine Correctional Center, and the Plaintiff's claim based on his work assignments be **DISMISSED**.

If the Plaintiff is satisfied with what he filed on February 3, 2017, serving as his amended complaint, the court will treat it as such. However, the

court will permit the Plaintiff fourteen (14) additional days to amend his complaint further, if he wishes to do so.

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 7th day of February, 2016.