**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ALBION SAVAGE BROWNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:16-cv-619-NT |
| MAINE DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On April 20, 2017, the United States Magistrate Judge filed with the court, with copies to the Plaintiff, his Recommended Decision. (ECF No. 13). The time within which to file objections has expired, and no objection has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's motion to further amend his complaint is **DENIED**. The Plaintiff's amended complaint is **DISMISSED**.

SO ORDERED.

                                              /s/ Nancy Torresen
                                              United States Chief District Judge

Dated this 18th day of May, 2017.